**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

HANNAH MAE ROSENGREN,

     Plaintiff,                                Case No.: 1:26-cv-02913

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
| --- | --- |
| 1 | qinyuanfuzhuang |
| 2 | JunTaLvYouDian |
| 3 | 室外顶线科技 |
| 4 | HYXNNDZSW |
| 5 | Linyi Bangman Trading Co., Ltd |
| 6 | GUOZH |
| 7 | yfyh |
| 8 | YangZiXuan2025 |
| 9 | 洪宇小店 |
| 10 | wanyujiewangmao32 |
| 11 | UniqueCustomDIYShop |
| 12 | dongzhuo99 |
| 13 | luoheminfushangmaoyou |
| 14 | FuZhouShiJinAnQuXinDianZhenLinMengTingFuZhuangDian |
| 15 | 车贤饰内店 |
| 16 | YellowSignShop |
| 17 | shaoshandian78 |
| 18 | weixinglipear |
| 19 | DongGuanShiMoBiaoFuZhuangYouXianGongSi |
| 20 | wngob |
| 21 | ChengJiDianZiChanPin |
| 22 | xiaojingxiemao77 |

1

| 23 | ZhuZhouHuanMiaoShangMaoYouXianGongSi |
|---|---|
| 24 | ywyxgs |
| 25 | zhiuen |
| 26 | AnZhenJianZhuGongCheng |
| 27 | 乐玩童品铺 |
| 28 | RenKeCould |
| 29 | GuangZhouYiWuShangMao |
| 30 | BAYABU |
| 31 | zhoukoujinyingshangmaoyouxiangongsi |
| 32 | puyangxianxinlongnongzuowuzhongzhi |
| 33 | Tie Fa Shi Ye |
| 34 | RICH-WOOD-SIGN |
| 35 | Ruichun business |
| 36 | zhujishishangxueqizhenzhi |
| 37 | 金华市淑徵服饰有限公司 |
| 38 | shanxiyihuifengshengwukeji |
| 39 | hongfajiadian |
| 40 | baoooll |
| 41 | 宠玩朱配 |
| 42 | 贫铭商贸 |
| 43 | jishanxianbochaojianzhugongcheng |
| 44 | owle dinner |
| 45 | Putianshidipeimaoyiyouxiangongsi |
| 46 | jiangyinshixingrongjixieguanjian |
| 47 | xinzhengshihongdajiankangguanlifuwu |
| 48 | 衡阳茜勿商贸有限公司 |
| 49 | ChangShaJuBaiYeMaoYiYouXianGongSi |
| 50 | shenzhenshidepuhuikejiyou |
| 51 | shanxijinjiachengshengnengyuankeji |
| 52 | Puzzle Art Shop |
| 53 | 瀚立门帽挂件 |
| 54 | tikomo |
| 55 | deyangzhiguangshanxi |
| 56 | 户外健工具店 |
| 57 | guangxiyibohuikejiyouxian |

| 58 | dalianguyanwangshishangmao |
|----|----------------------------|
| 59 | GoodlW |
| 60 | StarDragon Fly LIMITED |
| 61 | Artistry Haven Creations |
| 62 | YHOIUPH |
| 63 | PAEFHWR |
| 64 | XHHrizayongpin |
| 65 | SPPsrseven |
| 66 | Galera de oro |
| 67 | XZXartB |
| 68 | wcqbd |
| 69 | TX Art |