**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Hannah Mae Rosengren

                              Plaintiff,

v.                                     Case No.:
                                     1:26−cv−02913
                                     Honorable Steven C.
                                     Seeger

The Partnerships and Unincorporated Associations
Identified on Schedule A

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 28, 2026:

      MINUTE entry before the Honorable Steven C. Seeger: At the plaintiff's request, the deadline to file a joint initial status report is extended to July 27, 2026. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.